No. 01–7826.  MCLEMORE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 01–7827.  DIAZ TREVINO *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–7829.  REED *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 01–7830.  DEPAZ *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–7834.  MURPHY *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 01–7839.  RAMON RODRIGUEZ *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 01–7840.  WILLIAMS *v.* UNITED STATES.  C. A. Armed Forces.  Certiorari denied.

No. 01–7841.  WARDLOW *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–7846.  GARCIA MADRIGAL *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7847.  BATES *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 01–7849.  MCDANIEL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 01–7850.  MILLER *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–7856.  GARRIDO-HERNANDEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 01–7857.  GARCIA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 01–7861.  FRIEND *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–7862.  HERNANDEZ-OLIVARES *v.* UNITED STATES. C. A. 10th Cir.  Certiorari denied.